# JAMES MAY
v.
# JOSEPH CAMPAU

1807

## Journal Entries

1. Appearance . . . . . . . . . . . *Journal, infra,* *p.  51
2. Special return permitted . . . . . . . . . .    "      51
3. Declaration filed . . . . . . . . . . . .    "      87
4. Plea; issue . . . . . . . . . . . . . .    "      95
5. Postponement . . . . . . . . . . . . .    "      128
6. Jurors . . . . . . . . . . . . . . .    "      168
7. Witness fees ordered paid . . . . . . . . .    "      168
8. Verdict; judgment . . . . . . . . . . . .    "      170

## Papers in File

1. Capias and return . . . . . . . . . . . *Printed in Vol. 2*
2. Declaration . . . . . . . . . . . . . . . . .
3. Subpoena for Louis Chovin, Simon Cutton, John Fearson and John Burnett . . . . . . . . . . . .
4. Subpoena for James Henry, John Fearson, James McCloskey and John Burnett . . . . . . . . . .
5. Subpoena for David Cooper, Maurice Moran, Henry J. Hunt, and John Gentle . . . . . . . . . .
6. Subpoena for Ignace Moras and Antoine Moras . . . . . . .
7. Subpoena for Joseph Voyer . . . . . . . . . . .